AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Bartels Property Management
   Plaintiff(s),
v.
Mite Dumas
   Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C15-2379 SC

Notice is hereby given that, subject to approval by the court, __Bartels Property Management__ substitutes
(Party (s) Name)

__Gregory Wood_____, State Bar No. __200790__ as counsel of record in
(Name of New Attorney)

place of __Denzil Ernest Clements_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Wood Robbins, LLP
Address: 1 Post Street, Suite 800, San Francisco, CA 94104
Telephone: (415) 247-7900        Facsimile (415) 247-7901
E-Mail (Optional): gwood@woodrobbins.com

I consent to the above substitution.
Date: 9/4/15
_____
(Signature of Party (s))

I consent to being substituted.
Date: 9/4/15
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/4/15
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/9/2015
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]