UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELS PROPERTY MANAGEMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>MITE DUMAS,<br><br>    Defendant. | Case No. 15-cv-02379-HSG<br><br>**ORDER TO SHOW CAUSE** |

This case arises from Defendant's attempt to remove a state unlawful detainer case from Contra Costa Superior Court. On September 9, 2015, the Court held a Case Management Conference where neither Defendant nor counsel for Defendant appeared. During that Conference, counsel for Plaintiff represented that defects in Defendant's attempt to remove this action to federal court rendered the removal ineffective, that the state court proceeding was tried and a judgment issued, and that Defendant has already vacated the residence from which she was evicted. Accordingly, Defendant is ordered to show cause by no later than **21 days** from the date of this order as to why this case should not be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 11, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge