UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARTELS PROPERTY MANAGEMENT,

    Plaintiff,

  v.

MITE DUMAS,

    Defendant.

Case No. 15-cv-02379-HSG

**ORDER DISMISSING CASE WITH PREJUDICE**

On September 9, 2015, the Court held a Case Management Conference at which neither Defendant nor counsel for Defendant appeared. During that hearing, counsel for Plaintiff represented that defects in Defendant's attempt to remove this action to federal court rendered the removal ineffective, that the proceeding already has been tried in state court and a judgment has issued there, and that Defendant had already vacated the residence from which she was evicted. On September 11, 2015, this Court ordered Defendant to show cause by October 2, 2015 as to why this case should not be dismissed with prejudice. Defendant failed to respond to the Court's order to show cause. Accordingly, the case is dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 10/27/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge